1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LEON S. GATES,

11            Plaintiff,                    No. CIV S-09-0703 KJM P

12        vs.

13   GONZALES, et al.,

14            Defendants.                   <u>ORDER</u>

15   _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis.  In his complaint,

18   plaintiff alleges violations of his civil rights by defendants.  The alleged violations took place in

19   Kern County, which is part of the Fresno Division of the United States District Court for the

20   Eastern District of California.  <u>See</u> Local Rule 3-120(d).

21            Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in

22   the proper division of a court may, on the court's own motion, be transferred to the proper

23   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24   court.  In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's

25   request to proceed in forma pauperis.

26   /////

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on plaintiff's request to proceed in forma pauperis (Docket No. 2);

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

    United States District Court
    Eastern District of California
    2500 Tulare Street
    Fresno, CA 93721

DATED: March 19, 2009.

_____
U.S. MAGISTRATE JUDGE

/kly
gate0703.22